[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 25, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12705
Non-Argument Calendar

_____

D. C. Docket No. 01-00175-CR-T-27-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT LEE JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 25, 2008)

Before ANDERSON, HULL and FAY, Circuit Judges.

PER CURIAM:

Alec F. Hall, appointed counsel for Robert Lee Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's supervised release revocation and sentence are **AFFIRMED**.